IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No.: 1:18MJ 592 |
| ) | |
| v. ) | |
| ) | |
| KILEY L. STUBBS, ) | |
| ) | |
| Defendant. ) | |

## CRIMINAL INFORMATION
(Misdemeanor 7517133)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about November 5, 2018, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, KILEY L. STUBBS, did unlawfully, knowingly, and willfully steal, purloin, or knowingly convert to his use or the use of another, property of the United States or any department or agency thereof, specifically: one (1) vehicle, said property having a value of less than One Thousand Dollars ($1,000).

(Violation of Title 18, United States Code, Section 641).

Respectfully Submitted,

G. Zachary Terwilliger
United States Attorney

_____
Amanda R. Williams
Special Assistant United States Attorney
2100 Jamieson Ave
Alexandria, VA 22314
Phone: (703) 299-3776
Fax: (703) 299-3980
Amanda.R.Williams@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Criminal Information was mailed this 10th day of December, 2018 to the defendant at:

Kiley L. Stubbs
10152 Parkview Drive #3
Manassas, Virginia 20109

By: _____
Amanda R. Williams
Special Assistant United States Attorney